UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------------- X

GERARDO ALONSO GONZALEZ and
LUIS MIGUEL LEON MIRANDA,

         Plaintiffs,

   -against-

G&J STEEL AND TUBING INC. and
SUSAN TURSKY,

         Defendants.

-------------------------------------------------------------------- X

No. 3:22 Civ. 2377 (MAS) (LHG)


**STIPULATION OF
VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF
PLAINTIFF LUIS MIGUEL
LEON MIRANDA**

**WHEREAS** Plaintiff Luis Miguel Leon Miranda ("Plaintiff Leon Miranda") desires to withdraw from this action, without prejudice and without costs to any party;

**IT IS HEREBY STIPULATED AND AGREED**, by and between Defendants G&J Steel and Tubing Inc. and Susan Tursky ("Defendants") and Plaintiff Leon Miranda, through their undersigned counsel, that:

(1)  Plaintiff Leon Miranda's claims against Defendants are voluntarily dismissed without prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

(2)  Plaintiff Leon Miranda shall be terminated from this action without prejudice; and

(3)  This stipulation of voluntary dismissal shall have no effect on Plaintiff Gerardo Alonso Gonzalez's claims in this action and this action shall continue as between Plaintiff Gerardo Alonso Gonzalez and Defendants.

Dated: January 6, 2023

PECHMAN LAW GROUP PLLC

_____
Galen C. Baynes
Louis Pechman
488 Madison Avenue, 17th Floor
New York, New York 10022
Tel.: (212) 583-9500
baynes@pechmanlaw.com
pechman@pechmanlaw.com
*Attorneys for Plaintiffs*

HANG & ASSOCIATES, PLLC.

_____
Ge Qu, Esq.
136-20 38th Ave. Suite 10G
Flushing, New York 11354
Tel:(718) 353-8588
Email: rqu@hanglaw.com
*Attorneys for Defendants*

**So Ordered this 10th day of January, 2023.**

_____
**Honorable Michael A. Shipp,
U.S.D.J.**