## HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

February 16, 2023

**VIA ECF**
Hon. Lois H. Goodman
United States District Court
District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

  Re: *Gonzalez et al. v. G&J Steel and Tubing Inc. et al.*
    No. 3:22 Civ. 2377 (MAS) (LHG)

Dear Judge Goodman:

  We are pleased to inform the Court that the parties have reached a settlement in principle.

  Accordingly, the parties request that the telephonic status conference, currently scheduled for February 22, 2023 per Court Order dated February 15, 2023, be adjourned *sine die*. Additionally, considering that the parties are still in the process of finalizing the settlement agreement, we request that the Court grant an extension through March 14, 2023 for the parties to file a stipulation of dismissal pursuant to Rule 41.

  We appreciate the Court's time and continued attention to this matter.

                Respectfully submitted,

PECHMAN LAW GROUP PLLC

*/s/ Galen C. Baynes*
Galen C. Baynes
Louis Pechman
488 Madison Avenue, 17th Floor
New York, New York 10022
Tel.: (212) 583-9500
baynes@pechmanlaw.com
pechman@pechmanlaw.com
*Attorneys for Plaintiffs*

So Ordered this 17th day of February, 2023

_____
**LOIS H. GOODMAN**
**United States Magistrate Judge**

Hon. Lois H. Goodman
February 16, 2023
Page 2 of 2

                                              HANG & ASSOCIATES, PLLC.

                                              *s/ Ge Qu*
                                              Ge Qu, Esq.
                                              136-20 38th Ave. Suite 10G
                                              Flushing, New York 11354
                                              Tel:(718) 353-8588
                                              Email: rqu@hanglaw.com
                                              *Attorneys for Defendants*