UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------------------- X
GERARDO ALONSO GONZALEZ and
LUIS MIGUEL LEON MIRANDA,

              Plaintiffs,

-against-

G&J STEEL AND TUBING INC. and
SUSAN TURSKY,

              Defendants.
----------------------------------------------------------------- X

No. 3:22 Civ. 2377 (MAS) (LHG)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**WHEREAS** Plaintiff Luis Miguel Leon Miranda ("Plaintiff Leon Miranda") has withdrawn from this action, without prejudice and without costs to any party;

**WHEREAS** Plaintiff GERARDO ALONSO GONZALEZ ("Plaintiff Gonzalez") and Defendants G&J STEEL AND TUBING INC. and SUSAN TURSKY ("Defendants") have reached a settlement;

**IT IS HEREBY STIPULATED AND AGREED**, by and between Defendants G&J Steel and Tubing Inc. and Susan Tursky ("Defendants") and Plaintiff Gonzalez, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a) (1) (A) (ii), this action be and is hereby voluntarily dismissed with prejudice with each party bearing their own costs, expenses and attorneys' fees.

Dated: February 22, 2023

9

| | |
|---|---|
| PECHMAN LAW GROUP PLLC | HANG & ASSOCIATES, PLLC. |
| *(signature)* | *(signature)* |
| Galen C. Baynes<br>Louis Pechman<br>488 Madison Avenue, 17th Floor<br>New York, New York 10022<br>Tel.: (212) 583-9500<br>baynes@pechmanlaw.com<br>pechman@pechmanlaw.com<br>*Attorneys for Plaintiffs* | Ge Qu, Esq.<br>136-20 38th Ave. Suite 10G<br>Flushing, New York 11354<br>Tel:(718) 353-8588<br>Email: rqu@hanglaw.com<br>*Attorneys for Defendants* |